IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0075

IN THE MATTERS OF

M.T. and L.T.,

Youths in Need of Care

**ORDER**

Upon consideration of Appellant Mother, C.T.'s, motion to consolidate, and good cause appearing therefore, Appellant's motion is GRANTED and Cause Nos. 20-0075 and 20-0076 are hereby consolidated under Cause No. DA 20-0075 and henceforth captioned In the Matters of M.T. and L.T.

Electronically signed by:
Mike McGrath
ORDER
Chief Justice, Montana Supreme Court
April 17 2020